# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-5201-GW-SKx | Date | March 8, 2023 |
|---|---|---|---|
| Title | *First National Insurance Company of America v. Redmond James O'Neal, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 7, 2023, Defendants Kenneth Paul Fox and Joseph Amarilla Villarba filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court now sets an order to show re: settlement hearing for June 8, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on June 7, 2023.

                                        :

Initials of Preparer    JG