JS-6

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
FRANK FALZETTA, Cal. Bar No. 125146
ROBERT A. SANDERS, Cal. Bar No. 210186
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email: ffalzetta@sheppardmullin.com
rsanders@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email: jcrowe@sheppardmullin.com

Attorneys for Plaintiffs
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA and SAFECO
INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>REDMOND JAMES O'NEAL, an individual, by and through his Guardian ad Litem, MELA MURPHY; KENNETH PAUL FOX, an individual; JOSEPH AMARILLAS VILLARBA, an individual; and SETH COOPER FOLKERSON aka ANTON TROY, an individual,<br><br>        Defendants. | Case No. CV 22-5201-GW-SKx<br><br>Assigned to Hon. George H. Wu<br><br>**FINAL JUDGMENT IN FAVOR OF PLAINTIFFS**<br><br>Complaint Filed: July 27, 2022<br>Trial Date: TBD |

-1-

                         FINAL JUDGMENT IN FAVOR OF PLAINTIFFS

The Court, having granted plaintiffs First National Insurance Company of America and Safeco Insurance Company of America's ("Plaintiffs'") Motion for Partial Summary Judgment on Plaintiffs' First Claim for Relief against defendants Redmond James O'Neal, by and through his Guardian ad Litem, Mela Murphy, Kenneth Paul Fox, Joseph Amarillas Villarba, and Seth Cooper Folkerson aka Anton Troy (collectively, "Defendants"), and having dismissed Plaintiffs' Second, Third and Fourth Claims for Relief on the Parties' Stipulation, with prejudice, hereby:

ORDERS, ADJUDGES, DECREES and DECLARES that:

(1)     Plaintiffs had and have no duty to defend or indemnify Redmond James O'Neal against the claims and causes of action asserted against him in the matters titled *Seth Cooper Folkerson aka Anton Troy v. Redmond O'Neal*, Los Angeles Superior Court Case No. BC712022, and *Kenneth Fox and Joseph Villarba v. Redmond O'Neal*, Los Angeles Superior Court Case No. BC720634; and

(2)     A final judgment be and hereby is entered in favor of Plaintiffs and against Defendants on Plaintiffs' First Claim for Relief.

Dated:  May 1, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE